FILED: February 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4651

(1:13-cr-00318-TDS-2)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JESSE JAMES BALDWIN, JR.

        Defendant - Appellant

_____

O R D E R

_____

The court grants leave to file the brief and appendix out of time and extends the time for filing the response brief until 3/9/15.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk